NO. 07-06-0166-CV

IN THE COURT OF APPEALS

FOR THE SEVENTH DISTRICT OF TEXAS

AT AMARILLO

PANEL B

AUGUST 2, 2006
_____

THE SPOOL TRUSTS, ET AL., APPELLANTS

V.

BONNE RHEA CRAIG, JOSEPH ROBERT MCCART,
AND RAY A. SNEAD, TRUSTEES OF THE SPOOL TRUSTS, APPELLEES
_____

FROM THE 47TH DISTRICT COURT OF RANDALL COUNTY;

NO. 57,079-A; HONORABLE HAL MINER, JUDGE
_____

Before QUINN, C.J., and CAMPBELL and HANCOCK, JJ.

**MEMORANDUM OPINION**

On July 21, 2006, the appellants filed an Unopposed Motion to Dismiss Appeal. No decision of this Court having been delivered to date, we grant the motion. Accordingly, the appeal is dismissed. No motion for rehearing will be entertained and our mandate will issue forthwith. Tex. R. App. P. 42.1. All costs incurred are adjudged against the party incurring the same.

James T. Campbell
Justice